UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-24854-SINGHAL/McAliley

ODDS & ENDS, LTD., MARIANNE
BLESSINGER and LAWRENCE
BLESSINGER, JR.,

Plaintiffs,

v.

AECOM and NIELSEN BEAUMONT
MARINE INC.,

Defendants.
_____/

## DEFENDANT AECOM'S NOTICE OF SETTLEMENT OF CROSS CLAIM

Defendant, AECOM, files this Notice of Settlement of Cross Claim advising the Court that its Cross Claim against Defendant Nielsen Beaumont has been settled.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served via email on this 24th day of August, 2021 to: Bruce S. Rogow, Esq., brogow@rogowlaw.com and Tara A. Campion Esq., at Bruce S. Rogow, P.A., 100 NE 3rd Avenue, Fort Lauderdale, FL 33301., Suite 1000 and James N. Hurley., jhurley@fowler-white.com, Fowler White Burnett, P.A., Brickell Arch Fourteenth Floor, 1395 Brickell Avenue, Miami, Florida 33131.

Respectfully submitted,

*/s/Andrew D. Craven*
Andrew D. Craven [FBN:185388]
THE CHARTWELL LAW OFFICES, LLP
100 SE 2nd Street, Suite 2150
Miami, Florida 33131-5322
Telephone: (305) 372-9044
Facsimile: (305) 372-5044
Attorneys for DEFENDANT